IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HILDA OCHOA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:18-CV-136 |
| § | |
| § | |
| JAMA Y. ALI and § | |
| FAF INC., § | |
| § | |
| Defendants. § | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURUSANT TO FRCP 41(a)(1)(A)**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, HILDA OCHOA (hereinafter "Plaintiff") and files this Notice of Dismissal without prejudice as to Defendants JAMA Y. ALI and FAF INC. (collectively "Defendants"). As no answer has been served, this voluntary notice of dismissal is made pursuant to Fed. R. Civ. P. 41 (a)(1)(A), and is made without prejudice, with each party to bear its own attorneys' fees and costs, and in support states as follows:

1. Plaintiff filed her petition in state court for an automobile collision occurring in the state of Texas caused by Defendant JAMA Y. ALI.

2.  Defendant has evidently sought to invoke diversity grounds to remove this matter, as is Defendant's right.  This matter, however, is not one that would require a Federal Court's time and attention.

3.  Therefore, to avoid all counsel spending unnecessary time and resources, Plaintiff has decided to seek voluntary dismissal of this action without prejudice under Rule 41(a)(1)(A), and then will re-file the case in Defendant's own California state court.

4.  Plaintiff therefore respectfully asks this Court to close this matter.

DATED: February 20, 2018.

        Respectfully submitted,

        By:  */s/ Christopher S. Hamilton*
        Christopher S. Hamilton
        State Bar No. 24046013
        chamilton@hamiltonwingo.com
        Paul Wingo
        State Bar No. 24070865
        pwingo@hamiltonwingo.com

        **HAMILTON WINGO, LLP**
        325 N. St. Paul Street, Suite 3300
        Dallas, Texas 75201
        Telephone:   (214) 234-7900
        Facsimile:    (214) 234-7300

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February 2018, the foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Robert L. Ramey and
Lee D. Thibodeaux
750 Bering, Suite 600
Houston, Texas 77057
Telephone: (713) 266-0074
Facsimile: (713) 266-1064
Email: rlr@ramey-chandler.com
lthibodeaux@ramey-chandler.com, and
rcqz-eservice@ramey-chandler.com

                                      */s/ Christopher S. Hamilton*
                                      Christopher S. Hamilton