IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HILDA OCHOA | § |
| | § |
| V. | § CIVIL ACTION NO. 4:18-CV-136-Y |
| | § |
| JAMA Y. ALI AND FAF INC. | § |

## **FINAL JUDGMENT**

Pursuant to Plaintiff's notice of dismissal (doc. 4), and in accordance with Federal Rules of Civil Procedure 58 and 41(a)(1)(A)(i), all claims in the above-styled and -numbered cause are DISMISSED WITHOUT PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring them.

SIGNED March 5, 2018.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE